UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ROSS, Individually and as Guardian Ad Litem for B.S., a minor child, and A.S., a minor child,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>MANAGEMENT SOLUTIONS, Business form unknown, Managing Agent for Villa de Oro Hayward Homeowner's Association, et al.,<br><br>　　　　Defendant(s). | No. C 09-0367 BZ<br><br>**ORDER TO COMPLY WITH GENERAL ORDER 53** |

Having received plaintiffs' application for appointment of a guardian *ad litem*, **IT IS HEREBY ORDERED** that plaintiffs re-file the application and all other documents in compliance with General Order 53. If the involvement of a minor child must be mentioned, only the initials of that child should be used, unless otherwise ordered by the Court.

Dated: May 14, 2009

　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\ROSS V. MGMT. SOLUTIONS\ORDER RE GENL ORDER 53.wpd

1