UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ROSS, Individually and as Guardian Ad Litem for B.S., a minor child, and A.S., a minor child,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>MANAGEMENT SOLUTIONS, Business form unknown, Managing Agent for Villa de Oro Hayward Homeowner's Association, et al.,<br><br>　　　　Defendant(s). | No. C 09-0367 BZ<br><br>**ORDER RE APPLICATION FOR MINORS' COMPROMISE** |

Having reviewed the First Amended Application for Court Approval of Minors' Compromise, **IT IS ORDERED** as follows:

1.  The Court has no record of Charlene Ross having been appointed Guardian for the minors.  Absent such appointment, the Court cannot proceed.

2.  In any event, the application is deficient in at least two respects.  It does not explain what fee, if any, counsel for the minors expects to receive and it does not explain what steps will be taken to assure that the settlement

1

funds attributed to the minors are safeguarded during their minority.

3. Both parties are again admonished to comply with General Order 53.

Dated: May 18, 2009

    _____
    Bernard Zimmerman
    United States Magistrate Judge

G:\BZALL\-BZCASES\ROSS V. MGMT. SOLUTIONS\ORDER RE MINORS' COMPROMISE.wpd