| | |
|---|---|
| 1 | JOSEPH K. BRAVO, ESQ. (SBN 107646)<br>**BRAVO & MARGULIES** |
| 2 | 901 Market Street<br>Suite 450 |
| 3 | San Francisco, CA 94103<br>Telephone:    (415) 512-6700 |
| 4 | Facsimile:    (415) 512-6716 |
| 5 | Attorneys for Plaintiff<br>CHARLENE ROSS, et al |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ROSS, Individually and as Guardian Ad Litem for B.S., a Minor Child, and A.S., a Minor Child,<br><br>             Plaintiffs,<br>     vs.<br><br>MANAGEMENT SOLUTIONS, business form unknown, Managing Agent for Villa De Oro Hayward Homeowner's Association; VILLA DE ORO HAYWARD HOMEOWNERS' ASSOCIATION, a California Non-Profit Mutual Benefit Corporation; JAMES HENTON, Managing Agent for Villa De Oro Hayward Homeowners' Association; JASON CHEN, Leasing Agent and for Owner, LISI BANKS, Owner; and DOES 1 through 25, inclusive,<br><br>             Defendants. | Case No.:  CV09-0367 BZ<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL UN-REDACTED PETITION AND ORDER FOR M GUARDIAN AD LITEM AND APPLICATION FOR MINOR'S COMPROMISE |

The matter before the Court is Plaintiffs' Administrative Motion to File Under Seal Un-Redacted versions of Plaintiffs' Petition and Order for Guardian Ad Litem and Plaintiffs' Application for Minor's Compromise.

The Court has considered Plaintiffs' Administrative Motion to File Under Seal, and the

ORDER

1  supporting documentation. The Court also has considered the requirements of General Oder No.
2  53 , Local Civil Rule 7-11 and 79-5(b). In light of such review and consideration of the
3  applicable legal standards, in light of the nature of the information sought to
4  be redacted and filed under seal, and in light of this Court's consideration of the arguments set
5  forth in Plaintiffs' Administrative Motion to File Under Seal, the Court finds good cause and
6  compelling reasons to permit the redaction and filing under seal Plaintiffs' Petition and Order
7  for Guardian Ad Litem and Plaintiffs' Application for Minor's Compromise.

Accordingly, the Court hereby **GRANTS** Plaintiffs' Administrative Motion to File Under Seal Un-Redacted Petition and Order for Guardian Ad Litem and Application for Minor's Compromise.

**IT IS SO ORDERED**.

Dated: __June 30, 2009_____

_____
Judge Bernard Zimmerman

ORDER