JOSEPH K. BRAVO, ESQ. (SBN 107646)
**BRAVO & MARGULIES**
901 Market Street
Suite 450
San Francisco, CA 94103
Telephone:   (415) 512-6700
Facsimile:   (415) 512-6716

Attorneys for Plaintiff
CHARLENE ROSS, et al

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ROSS, Individually and as Guardian Ad Litem for B.S., a Minor Child, and A.S., a Minor Child,<br><br>            Plaintiffs,<br>vs.<br><br>MANAGEMENT SOLUTIONS, business form unknown, Managing Agent for Villa De Oro Hayward Homeowner's Association; VILLA DE ORO HAYWARD HOMEOWNERS' ASSOCIATION, a California Non-Profit Mutual Benefit Corporation; JAMES HENTON, Managing Agent for Villa De Oro Hayward Homeowners' Association; JASON CHEN, Leasing Agent and for Owner, LISI BANKS, Owner; and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No.:  CV09-0367 BZ<br><br>**PETITON AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner states as follows:

1.     I am the mother of A.S., a minor of 10 years, whose date of birth is September 23, 1998, and B.S., a minor of 13 years, whose date of birth is June 16, 1996.

2.     We are named Plaintiffs in this court in an action for damages against Defendants

PETITON AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

MANAGEMENT SOLUTIONS, VILLA DE ORO HAYWARD HOMEOWNERS' ASSOCIATION, JAMES HENTON, JASON CHEN, and LISI BANKS, for familial and racial discrimination in the ownership and operation of the rental premises located at 25145 Corpo Del Oro Drive #102, in Hayward, California.

3. A.S. and B.S. have no general guardian and no previous petition for appointment for a guardian ad litem has been filed in this matter.

4. My address is 111 Bank Street #230, Grass Valley, California, 95945. I am a competent and responsible person, and fully competent to act as guardian ad litem.

5. The address of A.S. and B. S. is 111 Bank Street #230, Grass Valley, California, 95945.

6. I am willing to act as guardian ad litem for A.S. and B.S. as appears by my consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing CHARLENE ROSS as guardian ad litem for A.S. and B.S., for the purpose of compromising the action against the above named defendants on the claim hereinabove stated.

Dated: June 29, 2009

_____
CHARLENE ROSS

### CONSENT OF NOMINEE

I, CHARLENE ROSS, consent to act as guardian ad litem in the above action.

Dated: June 29, 2009

_____
CHARLENE ROSS

PETITON AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | The petition for an order appointing CHARLENE ROSS as guardian ad litem of |
| 3 | Alexis Smith and Briana Smith is GRANTED. |
| 4 | IT IS SO ORDERED. |
| 6 | Dated: _____July 7, 2009_____     _____/s/ Bernard Zimmerman_____ |
| 7 | Magistrate Bernard Zimmerman |

PETITON AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

Case3:09-cv-00367-BZ   Document23   Filed07/07/09   Page3 of 3