| | |
|---|---|
| 1 | JOSEPH K. BRAVO, ESQ. (SBN 107646)<br>**BRAVO & MARGULIES** |
| 2 | 901 Market Street<br>Suite 450 |
| 3 | San Francisco, CA  94103<br>Telephone:     (415) 512-6700 |
| 4 | Facsimile:      (415) 512-6716 |
| 5 | Attorneys for Plaintiff<br>CHARLENE ROSS, et al |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ROSS, Individually and as Guardian Ad Litem for B.S.., a Minor Child, and A.S., a Minor Child,<br><br>          Plaintiffs,<br>     vs.<br><br>MANAGEMENT SOLUTIONS, business form unknown, Managing Agent for Villa De Oro Hayward Homeowner's Association; VILLA DE ORO HAYWARD HOMEOWNERS' ASSOCIATION, a California Non-Profit Mutual Benefit Corporation; JAMES HENTON, Managing Agent for Villa De Oro Hayward Homeowners' Association; JASON CHEN, Leasing Agent and for Owner, LISI BANKS, Owner; and DOES 1 through 25, inclusive,<br><br>          Defendants. | Case No.:  CV09-0367 BZ<br><br>**[PROPOSED]** ORDER APPROVING MINOR'S COMPROMISE |

   The matter before the Court is Plaintiffs' Petition For Approval of Minor's Compromise of the claim to be asserted against Defendants MANAGEMENT SOLUTIONS; VILLA DE ORO HAYWARD HOMEOWNERS' ASSOCIATION; JAMES HENTON; JASON CHEN; and, LISI BANKS.

   The Court, having considered Plaintiffs' Petition, ORDERS:

ORDER

1. The Application is GRANTED and the proposed compromise of claim or action or the proposed disposition of the proceeds of the judgment is approved. The gross amount or value of the settlement in favor of the Plaintiffs is $40,000.00.

2. Payment of fees and expenses shall be paid by one or more checks or drafts, drawn payable to the order of the petitioner and the petitioner's attorney, if any, or directly to third parties entitled to receive payment identified in this order for the following items of expense or damage, which are hereby authorized to be paid out of the proceeds of settlement or judgment.

   a. Attorney's fees in the amount of $ 10,850.00, payable to Joseph K. Bravo, Esq., principal of the law firm of Bravo & Margulies.

   b. Costs in the amount $2199.61, payable to payable to Joseph K. Bravo, Esq., principal of the law firm of Bravo & Margulies.

3. Within 48 hours after entry of this Order, a check or draft in the amount of $5000.00 will be deposited into Well Fargo Account No. 4587 for Plaintiff B.S., a minor child. The blocked accounts belong to a minor. No withdrawals of principal or interest may be made from the blocked account or accounts without a further written order under this case name and number, signed by a judicial officer, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

4. Within 48 hours after entry of this Order, a check or draft in the amount of $5000.00 will be deposited into Well Fargo Account No. 4579 for Plaintiff A.S., a minor child. The blocked accounts belong to a minor. No withdrawals of principal or interest may be made from the blocked account or accounts without a further written order under this case name and number, signed by a judicial officer, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon

ORDER

proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

    5.   The balance of the settlement or judgment available for Plaintiff Charlene Ross is $16,950.00.  after payment of all be redacted and filed under seal, and in light of this Court's consideration of the arguments set

**IT IS SO ORDERED**.

Dated: _July 7, 2009_

_____
Magistrate Bernard Zimmerman

ORDER